IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

UNITED STATES OF AMERICA,

               Plaintiff,

    v.

STUART G. KURSCHNER,

               Defendant,

OPTINETTECH, LLC

               Garnishee Defendant.

ORDER

06-cr-121-c-01

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

A hearing on the garnishment of garnishee defendant Optinettech, LLC, was held in this case on July 18, 2018. The government appeared by Heidi Luehring; defendant Stuart G. Kurschner appeared by Mark Maciolek; and garnishee defendant Optinettech, LLC, appeared by Ryan Tallamante, who participated in the hearing by telephone.

After extensive discussion about the next steps to be taken to collect the debt owed by defendant Kurschner, the parties agreed to meet and discuss a proposal to be filed with the court no later than August 15, 2018. If the parties are unable to reach agreement on a proposal for full payment of defendant's debt, the government retains the option of proceeding against defendant under the Federal Det Collection Procedures Act, 28 U.S.C. § 3304, 18 U.S.C. § 3613 or even under 18 U.S.C. § 3614, which authorizes resentencing

1

upon failure to pay restitution.

    Entered this 20th day of July, 2018.

                              BY THE COURT:

                              /s/

                              _____
                              BARBARA B. CRABB
                              District Judge